**Order entered February 4, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00411-CV

**TONYA PARKS, Appellant**

**V.**

**AFFILIATED BANK, AFFILIATED BANK FSB, AFFILIATED BANK FSB, INC., BANCAFFILIATED, INC., JOSHUA CAMPBELL AND KATHERINE CAMPBELL, Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01614-B**

## ORDER

We **REINSTATE** this appeal which we abated December 28, 2021 and again on January 21, 2022 to allow the trial court an opportunity to conduct a hearing and make findings of fact concerning the accuracy of the reporter's record. Our December 28th and January 21st orders set deadlines for the hearing, the filing of the findings, the filing of the reporter's record of the hearing, and the filing of any corrected reporter's record.

Before the Court is the trial judge's February 3, 2022 letter informing the Court that the deadlines set cannot be met due to inclement weather and requesting an extension. We **GRANT** the request. We **EXTEND** the deadline for the hearing to February 21, 2022; the deadline for filing the reporter's record of the hearing and the supplemental clerk's record containing the findings to February 25, 2022; and the deadline for filing any corrected reporter's record to March 3, 2022.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Melissa Jean Bellan, Presiding Judge of County Court at Law No. 2; Dallas County Clerk John F. Warren; Robin N. Washington, Official Court Reporter for County Court at Law No. 2; Kandice Graves, Deputy Court Reporter; and, the parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. The appeal shall be reinstated no later than March 8, 2022.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE